UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH GATES,<br><br>Plaintiff,<br><br>vs.<br><br>BEST DEALS CARS INC.,<br><br>Defendant. | 2:21-CV-12174-TGB<br><br><br>ORDER REGARDING CLERK'S ENTRY OF DEFAULT<br><br><br>HONORABLE<br>TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **December 9, 2021.** The Court will not conduct a hearing in this matter, unless one is requested by contacting the Court's case manager, Amanda Chubb at 313-234-2644. At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 18th day of November, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 18, 2021, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644