UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH GATES**, <br><br> Plaintiff, <br><br> vs. <br><br> **BEST DEALS CARS INC.**, <br><br> Defendant. | 2:21-CV-12174-TGB-DRG <br><br> **DEFAULT JUDGMENT AGAINST BEST DEALS CARS INC.** <br><br> **HONORABLE TERRENCE G. BERG** |

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment (ECF No. 7) against Defendant Best Deals Cars Inc.,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment shall enter in favor of Plaintiff, Joseph Gates, and against Best Deals Cars Inc., for odometer fraud in the amount of $10,000 in damages and $3,542.31 in attorney fees.

Dated: January 18, 2022

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1